AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| OKLAHOMA SPECIALIZED TRANSPORT LLC, d/b/a OKLAHOMA SPECIALIZED TRANSPORT, and ELIZABETH WOMACK<br><br>*Plaintiff(s)*<br><br>v.<br><br>CAPITAL STACK, LLC, ANNA N. RUBIN a/k/a ANNA ZHIQUN, individually and as an undisclosed agent of Capital Stack, LLC, DAVID RUBIN, a/k/a DAVID RUBINOV, individually and as an undisclosed agent of Capital Stack, LLC, E-PRODIGY TECHNOLOGY, THE RUBIN LAW FIRM as an undisclosed agent of Capital Stack, LLC and FIG CAPITAL,<br><br>*Defendant(s)* | Civil Action No.: 1:18-cv-04192 |

**SUMMONS IN A CIVIL ACTION**

To:   The Rubin Law Firm
      11 Broadway #814,
      New York, NY 10004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert J. Del Col, Esq.
120 Fourth Ave., Bay Shore, NY 11706

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   06/07/2018               /s/ D. Howie
                                 *Signature of Clerk or Deputy Clerk*