USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-9-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

ELIZABETH WOMACK & OKLAHOMA           :
SPECIALIZED TRANSPORT, LLC,           :
                                      :
                    Plaintiffs,       :
                                      :
        -against-                     :        1:18-cv-04192 (ALC)
                                      :
CAPITAL STACK, LLC ET AL.,            :        ORDER
                                      :
                    Defendants.       :
                                      :
                                      :
                                      :
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Defendants seek a pre-motion conference in advance of their anticipated motion to dismiss (ECF Nos. 18, 28).   Plaintiffs responded in opposition on June 15, 2018.   (ECF No. 27.)   On July 14, 2018, Plaintiffs filed a Second Amended Complaint without seeking Defendants' consent or leave of this Court.   (ECF No. 29.)   On July 30, 2018, Defendants renewed their request for a conference.

If Plaintiffs wish to file a Second Amended Complaint, they must seek either Defendants' consent or leave of this Court pursuant to Fed. R. Civ. P. 15 by August 14, 2018.   The Court defers ruling on Defendants' request until it determines whether Plaintiffs seek to file an amended complaint.

**SO ORDERED.**

**Dated:**   August 8, 2018
              New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**